IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TRUITT WIELAND** § | | |
| Plaintiff, § | | |
| **vs.** § | No. 1:20-CV-00204 | |
| § | | |
| **TARGET CORPORATION** § | | |
| Defendant. § | | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to Local Rule CV-88(b) and the Scheduling Order in this cause, the parties, Plaintiff, Truitt Wieland ("Plaintiff") and Defendant, Target Corporation ("Defendant"), hereby submit this Report on Alternative Dispute Resolution ("ADR") and would respectfully show the Court as follows:

1. To date, Plaintiff has made a settlement demand and Defendant has made a settlement offer in response to Plaintiff's demand, pursuant to the Scheduling Order.

2. The parties have agreed to mediate this case and are conferring about possible mediators and a date to mediate.

3. The person responsible for settlement negotiations and evaluating whether ADR is appropriate for Plaintiff is counsel for Plaintiff, Troy Harber, Law Office of Troy Harber.

4. The people responsible for settlement negotiations and evaluating whether ADR is appropriate for Defendant are Target representatives, and counsel for Defendant, Deborah Clark of Clark & Clark.

    Respectfully Submitted,

    **CLARK & CLARK**
    *A Division of Clark Legal Services, PLLC*

By:    */s/ Deborah G. Clark*
    Deborah G. Clark
    State Bar No. 04276550
    deborah@clarkandclarklaw.com
    3624 North Hills Drive, Suite 205-A
    Austin, Texas 78731

(512) 241-1800 Telephone
(512) 241-1760 Fax
**ATTORNEYS FOR DEFENDANT**
**TARGET CORPORATION**

**LAW OFFICE OF TROY HARBER**

By: *Electronically Signed with Permission:*
*/s/ Troy Harber*
Troy Harber
State Bar No. 0793082
troy@southaustinlaw.com
1007 Mopac Circle, Suite 102
Austin, Texas 78746
Phone: (512) 799-2336
Fax:    (512) 276-6604

Bradley L. Houston
State Bar No. 10051600
brad@bradhoustonlaw.com
**ATTORNEYS FOR PLAINTIFF**
**TRUITT WIELAND**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on this 28th day of July 2020, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and was served via electronic means, pursuant to the Federal Rules of Civil Procedure, to all parties and their representatives:

Troy Harber
Law Office of Troy Harber
1007 Mopac Circle, Suite 102
Austin, Texas 78746
troy@southaustinlaw.com

Bradley L. Houston
Law Office of Bradley Houston
1007 Mopac Circle, Suite 102
Austin, Texas 78746
brad@bradhoustonlaw.com
**ATTORNEYS FOR PLAINTIFF, TRUITT WIELAND**