IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISINON

TRUITT WIELAND
        Plaintiff,

-vs-                                                      CAUSE NO.
                                                            1:20-CV-00204-JRN

TARGET CORPORATION
        Defendant

**NOTICE OF SETTLEMENT AND
AGREED MOTION TO STAY COURT DEADLINES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

This notice and motion is agreed to by all parties. The parties have settled the claims that are the basis of this lawsuit and will soon formally dismiss this lawsuit once all settlement documents have been exchanged. The parties request the Court remove this case from the court's current trial docket and stay all current court deadlines.

                                                  Respectfully submitted,

                                                  LAW OFFICE OF TROY HARBER
                                                  1007 Mopac Circle, Suite 102
                                                  Austin TX 78746
                                                  (512) 799-2336  (Phone)
                                                  (512) 276-6604 (Fax)
                                                  Email:  Troy@SouthAustinLaw.com

                                                  /s/ TROY HARBER
                                                  Texas State Bar Number 00793082
                                                  ATTORNEY PRO HAC VICE
                                                  FOR PLAINTIFF TRUITT WIELAND

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2021 the foregoing document is being served this day on all counsel of below in the manner specified, either via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing:

    Deborah G. Clark
    State Bar No. 04276550
    Deborah@ClarkandClarkLaw.com
    3624 North Hills Drive, Suite 205-A
    Austin, Texas 78731
    (512) 241-1800 Telephone
    (512) 241-1760 Fax
    ATTORNEYS FOR DEFENDANT,
    TARGET CORPORATION

                                      /s/ TROY HARBER